UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:25-CR-41-1D

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| DARWIN NATAEL PONCE | ) |  |
| **Defendant** | ) |  |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for October 6, 2025, in Raleigh. The case is hereby CONTINUED to _November 2025_ in Raleigh, North Carolina.

This __28__ day of __August__ 2025.

_____
James C. Dever III
U.S. District Judge